IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JENNIFER KESTER, :

    Plaintiff, : Case No. 3:07cv00423

vs. : District Judge Walter Herbert Rice
    Magistrate Judge Sharon L. Ovington

MICHAEL J. ASTRUE, :
Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

This case is before the Court upon the parties' Joint Stipulation To An Award Under EAJA, the Equal Access to Justice Act, 28 U.S.C. §2412(d). (Doc. #15). The parties have stipulated to an award of attorney fees to Plaintiff in the amount of $2,300.00. The parties have further agreed that the EAJA award will be paid to Plaintiff's counsel Stephanie D. Dobson, Esq., and that an award in the agreed amount will settle all of Plaintiff's EAJA claims under this suit.

Accordingly, the Court hereby **ORDERS** that:

1. The Parties' Joint Stipulation To An Award Under EAJA (Doc. #15) is GRANTED;

2. The Commissioner shall pay Plaintiff's counsel $2,300.00 in attorney fees;

3. Plaintiff's Motion for Attorney Fees Under EAJA (Doc. #14) is DENIED as moot; and

4. The case remains terminated on the docket of this Court.

*Walter Herbert Rice*
Walter Herbert Rice
United States District Judge